# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUNO MAZZEO UNUM,** *et al.*, : | |
| **Plaintiffs** : | |
| : | **CIVIL ACTION NO. 3:14-1944** |
| **v.** : | |
| : | **(Mannion, D.J.)** |
| **EXPERT WITNESS,** *et al.*, : | **(Carlson, M.J)** |
| : | |
| **Defendants** : | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 4), is **ADOPTED IN ITS ENTIRETY**. Plaintiffs' complaint, (Doc. 1),  is **DISMISSED**. Leave to amend is **DENIED**. The Clerk  is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 28, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1944-01-order.wpd